UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAWONA DUCKSWORTH,<br>individually and<br>on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DB HEALTHCARE, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-11543-RWZ |

## **PROPOSED ORDER**

The Court, having reviewed Plaintiffs' Unopposed Motion for Approval of FLSA Settlement Agreement, hereby orders as follows:

(1) The Parties' Settlement Agreement is approved. the Settlement reached by the Parties in this case is fair and reasonable, and meets the requirements for FLSA settlement approval.

(2) Plaintiffs' request for attorneys' fees and costs in the amount of $12,000.00 is approved.

(3) The service award to Jawona Ducksworth in the amount of $1,000.00 is approved.

(4) The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay the entry of Final Judgment in this case, the Clerk of the Court is directed to enter Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

October 7, 2019
Date

Hon. Rya W. Zobel

1